IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEROME HOGAN**,

**Plaintiff,**

**v.**

**WAL-MART STORES INC.,**

**Defendant.** No. 07-0143-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is the parties' joint motion to continue (Doc. 27). Specifically, the parties move the Court to continue the Final Pretrial Conference set for September 18, 2008 and to refer the matter to Magistrate Judge Clifford J. Proud for a truncated revised discovery schedule and new trial date. Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **CONTINUES** the Final Pretrial Conference and **REFERS** this matter to Magistrate Judge Proud to enter a revised discovery schedule and a new presumptive trial month.

**IT IS SO ORDERED.**

Signed this 9th day of September, 2008.

/s/ David R Herndon
**Chief Judge**
**United States District Court**