# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEROME HOGAN**,

**Plaintiff,**

**v.**

**WAL-MART STORES INC.,**

**Defendant.**　　　　　　　　　　　　　　No. 07-0143-DRH

## ORDER

**HERNDON, Chief Judge:**

  Now before the Court is Wal-Mart's July 31, 2009 motion in limine to bar evidence of lost wages and/or lost profits (Doc. 35). On August 7, 2009, the Court held the final pretrial conference in this matter. During the conference, Plaintiff's counsel indicated that Plaintiff does not dispute this motion in limine. Accordingly, the Court **GRANTS** Wal-Mart's motion in limine to bar evidence of lost wages and/or profits.

  **IT IS SO ORDERED.**

  Signed this 1st day of September, 2009.

             /s/  David R. Herndon

             **Chief Judge**
             **United States District Court**