IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEROME HOGAN**,

**Plaintiff,**

**v.**

**WAL-MART STORES INC.,**

**Defendant.**                                              No. 07-0143-DRH

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

   Now before the Court is Wal-Mart's September 29, 2009 motion in limine to admit testimony of Dr. Johe (Doc. 39). Specifically, Wal-Mart moves the Court to admit the examination of Dr. Johe by counsel for Wal-Mart concerning Dr. Johe's opinions concerning the cause of Hogan's revision surgery at L3-4.[1] As of this date, Hogan has not responded to the motion.[2] The Court considers this failure to respond as an admission of the merits. Accordingly, the Court **GRANTS** the motion.

---

 [1]According to the motion and memorandum in support, Hogan's counsel sent Hogan to Dr. David H. Johe for an independent medical examination. In a letter/report dated November 22, 2005, Dr. Johe reported his opinions.

 [2]"A party opposing such a motion shall have **ten (10) days** after service of the motion to file a written response. Failure to file a timely response to a motion may, in the court's discretion, be considered an admission of the merits of the motion." **Local Rule 7.1(g)**.

The Court **ALLOWS** the testimony of Dr. Johe concerning the cause of Hogan's revision surgery at L3-4.

**IT IS SO ORDERED.**

Signed this 28th day of October, 2009.

/s/  *David R Herndon*
**Chief Judge**
**United States District Court**