IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEROME HOGAN**,

**Plaintiff,**

**v.**

**WAL-MART STORES INC.,**

**Defendant.**                                            No. 07-0143-DRH

### ORDER

**HERNDON, Chief Judge:**

      Pending before the Court is Plaintiff's motion for reconsideration of Court Order entered October 28, 2009 (Doc. 44). Said motion is **DENIED**. Having reviewed Plaintiff's motion for reconsideration along with the Defendant's motion to allow testimony of Dr. Johe, the Court still finds that it's ruling granting the motion to allow the testimony of Dr. Johe is proper. It is highly unlikely that Plaintiff's response to the motion would have changed the Court's decision.

      **IT IS SO ORDERED.**

      Signed this 9th day of November, 2009.

/s/   David R Herndon
**Chief Judge**
**United States District Court**