IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JEROME HOGAN** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. **07-143-CJP** |
| v. | ) |
| | ) |
| **WAL-MART STORES INC.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court regarding objections to deposition testimony previously submitted by the partes.

With regard to the deposition of **R. Peter Mirkin, M.D.**, the Court rules as follows:

Page 12, lines 12-16: objection overruled.

Page 17, lines 7-11, objection overruled.

Page 33, line 8 to page 34, line 12 - objection sustained.

Page 41, line 23 to page 52, line 24 - objection sustained.

With regard to the deposition of **Gregory M. Bailey, M.D.**, the Court rules as follows:

Page 19, line 13 to page 20, line 13 - objection overruled.

Page 26, line 5-16 - objection overruled.

Page 33, line 21-25, objection overruled.

**IT IS SO ORDERED.**

**DATE: March 1, 2010.**

                                                  **s/ Clifford J. Proud**
                                                  **CLIFFORD J. PROUD**
                                                  **U.S. MAGISTRATE**