IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JEROME HOGAN,** | ) |
| Plaintiff, | ) |
| -vs- | ) NO. 07-143-CJP |
| **WAL MART STORES, INC.,** | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before this Court for jury trial The issues have been tried and the jury has rendered its verdict.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff **JEROME HOGAN** and against defendant **WAL MART STORES, INC**., in the amount of one hundred eighty-three thousand, four hundred seventy-six dollars and eighteen cents ($183,476.18) in accordance with jury verdict returned March 4, 2010.

**DATED** this 5th day of March, 2010

NANCY J. ROSENSTENGEL, CLERK

BY: S/ Angela Vehlewald
    Deputy Clerk

Approved by      S/ Clifford J. Proud
         United States Magistrate Judge
              Clifford J. Proud