IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JEROME HOGAN** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. **07-143-CJP** |
| v. | ) |
| | ) |
| **WAL-MART STORES INC.,** | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The parties have informed the Court that this case has been settled. Therefore, Defendant's Post-Trial Motion **(Doc. 72)** is **DENIED as moot.**

**IT IS SO ORDERED.**

**DATE: May 12, 2010.**

                          **s/ Clifford J. Proud**
                          **CLIFFORD J. PROUD**
                          **U.S. MAGISTRATE**